1150

No. 95–8343. CONTI v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–961. MCDANIEL, WARDEN, ET AL. v. MCKENNA. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 95–1265. FLORIDA v. JONES. Dist. Ct. App. Fla., 4th Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 95–1305. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION v. REED. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 95–1098. CASELLA v. EQUIFAX CREDIT INFORMATION SERVICES ET AL. C. A. 2d Cir. Motion of National Association of Consumer Advocates et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 95–1223. A. A. & M. CARTING SERVICE, INC., ET AL. v. TOWN OF BABYLON ET AL. C. A. 2d Cir. Motion of New York State Conference of Mayors and Municipal Officers for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 95–1224. BROIDA v. HOROWITZ ET AL. C. A. 11th Cir. Motion of petitioner to strike the brief in opposition denied. Certiorari denied.

No. 95–7864. SAUNDERS v. AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 95–782. SSC CORP. v. TOWN OF SMITHTOWN ET AL., 516 U. S. 1112;

No. 95–826. JENKINS v. NEW MEXICO SECURITIES DIVISION, 516 U. S. 1074;

No. 95–843. BUSH v. JONES ET AL., 516 U. S. 1113;

No. 95–914. Broida *v.* Smith, Individually and as Personal Representative of the Estate of Horowitz, Deceased, et al., 516 U. S. 1141;

No. 95–1005. Morata *v.* United States Postal Service, 516 U. S. 1117;

No. 95–1066. Simone et ux. *v.* Worcester County Institution for Savings, 516 U. S. 1159;

No. 95–1091. Anderson *v.* United States, 516 U. S. 1119;

No. 95–1120. Bolt *v.* Singleton et al., 516 U. S. 1147;

No. 95–1149. Brake *v.* District Court of Appeal of Florida, Third District, 516 U. S. 1147;

No. 95–6851. Stano *v.* Singletary, Secretary, Florida Department of Corrections, 516 U. S. 1122;

No. 95–7024. McCormick *v.* Kaylo, Warden, 516 U. S. 1124;

No. 95–7033. Fromal *v.* Jackson, 516 U. S. 1124;

No. 95–7037. Verdugo *v.* California State University at Los Angeles et al., 516 U. S. 1124;

No. 95–7047. Young *v.* City of Culver City, California, et al., 516 U. S. 1124;

No. 95–7055. Mendoza-Figueroa *v.* United States, 516 U. S. 1125;

No. 95–7065. Crowe *v.* Georgia, 516 U. S. 1148;

No. 95–7096. Wynn *v.* AC Rochester, Division of General Motors Corp., 516 U. S. 1125;

No. 95–7101. Marian *v.* Calles et al., 516 U. S. 1126;

No. 95–7102. Law *v.* Law, 516 U. S. 1126;

No. 95–7121. Arvin-Thornton *v.* Philip Morris Products, Inc., 516 U. S. 1126;

No. 95–7144. Melkonian et al. *v.* Truck Insurance Exchange et al., 516 U. S. 1127;

No. 95–7187. Knight *v.* Court of Civil Appeals of Alabama, 516 U. S. 1129;

No. 95–7192. Sweeney *v.* United States, 516 U. S. 1129;

No. 95–7210. Ornelas *v.* Myers, Warden, et al., 516 U. S. 1129;

No. 95–7271. Gallego-Sanchez *v.* Immigration and Naturalization Service, 516 U. S. 1132;

No. 95–7287. Felker *v.* Thomas, Warden, 516 U. S. 1133;

No. 95–7298. Tokhtameshev *v.* American National Can Co., 516 U. S. 1149;

No. 95–7365. In re McQueen, 516 U. S. 1157;

No. 95–7380.  PRINGLE v. UNITED STATES, 516 U. S. 1135;

No. 95–7388.  IN RE MARTINEZ, 516 U. S. 1145;

No. 95–7402.  NANCE v. UNITED STATES, 516 U. S. 1136;

No. 95–7470.  EICKLEBERRY v. UNITED STATES, 516 U. S. 1138;

No. 95–7489.  TYLER v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, 516 U. S. 1149;

No. 95–7567.  ENGELKING v. UNITED STATES, 516 U. S. 1150;

No. 95–7611.  WARD v. TURNER, 516 U. S. 1151;

No. 95–7624.  CURIALE v. SEDWICK, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA, 516 U. S. 1163;

No. 95–7631.  DREAD v. MARYLAND STATE POLICE, 516 U. S. 1163;

No. 95–7788.  IN RE ROBINSON, 516 U. S. 1157; and

No. 95–7813.  FLEMMINGS v. MORTON ET AL., 516 U. S. 1166. Petitions for rehearing denied.

No. 95–6504.  UZOWURU v. WILLIAMS BROTHERS CONSTRUCTION CO., INC., ET AL., 516 U. S. 1053.  Motion for leave to file petition for rehearing denied.

APRIL 17, 1996

No. 95–1176.  PALMER COMMUNICATIONS, INC., ET AL. v. TOTAL TV.  C. A. 9th Cir.  Certiorari dismissed under this Court's Rule 46.1.

APRIL 22, 1996

No. 95–642.  FRIEND v. UNITED STATES.  C. A. 8th Cir.  Petition for rehearing granted, and the order entered January 22, 1996 [516 U. S. 1093], denying the petition for writ of certiorari is vacated.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of Bailey v. United States, 516 U. S. 137 (1995).

No. A–796.  ELIAS v. UNITED STATES.  Application for release pending appeal, addressed to JUSTICE STEVENS and referred to the Court, denied.